```
               IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LEN VANDO,                         :    CIVIL ACTION
                                   :    NO. 13-6781
       Petitioner,                 :
                                   :
    v.                             :
                                   :
LOUIS S. FOLINO, et al.,           :
                                   :
       Respondents.                :
```

**O R D E R**

**AND NOW**, this **9th** day of **July, 2015,** after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (ECF No. 19) and Petitioner's Objections thereto (ECF No. 22), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) The Report and Recommendation is **APPROVED** and **ADOPTED**;

(2) Petitioner's Objections to the Report and Recommendation are **OVERRULED;** and

(3) The Petition for a Writ of Habeas Corpus (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**


**AND IT IS SO ORDERED.**


                                             /s/ Eduardo C. Robreno
                                             **EDUARDO C. ROBRENO,   J.**